UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILBUR GIFFORD, et al.,

    Plaintiffs,

vs.                                              CASE NO. 8:08-CIV-112-T-17-TGW

CITY OF TAMPA, et al.,

    Defendants
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas G. Wilson on October 7, 2009 (Docket No. 76). The magistrate judge recommended that the Court grant the defendants' request to dismiss Leroy Carnegie from this action and that the request for fees and expenses from Leroy Carnegie be denied.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No objections were filed to the report and recommendation.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, October 7, 2009 (Docket No. 76) be **adopted** and **incorporated by reference**; the Court **grants** the defendants' request to dismiss Leroy Carnegie from this action; and **denies** the request for fees and expenses from Leroy Carnegie. The Clerk of Court is directed to terminate Leroy Carnegie as a plaintiff in this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 30th day of October, 2009.



Copies to:
All parties and counsel of record
Assigned Magistrate Judge