UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILBUR GIFFORD, on his own behalf and
others similarly situated, et al.,
    Plaintiffs,

vs.                               CASE NO. 8:08-CIV-112-T-17-TGW

CITY OF TAMPA, etc.,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the motion to dismiss plaintiffs Jaylna Canty, Lassie Canty Holloway and Carl Holloway for failure to attend court-ordered mediation and depositions and respond to requests for interrogatories (Docket No. 105). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the motion to dismiss plaintiffs Jaylna Canty, Lassie Canty Holloway and Carl Holloway for failure to attend court-ordered mediation and depositions and respond to requests for interrogatories (Docket No. 105) be **granted**. The Clerk of Court is directed to terminate these plaintiffs from this cause of action.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of February, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record